No. 924. ARSENAL BUILDING CORP. ET AL. *v.* FLEMING, ADMINISTRATOR OF THE WAGE AND HOUR DIVISION, U. S. DEPARTMENT OF LABOR. March 2, 1942. Petition for writ

of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Walter Gordon Merritt* and *Kenneth C. Newman* for petitioners. *Solicitor General Fahy* and *Mr. Warner W. Gardner* for respondent.